CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 0 2 2011

JULIA C. _____, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONAH JUNIOR MEREDITH III, | CASE NO. 7:11CV00248 |
| Petitioner, | |
| | FINAL ORDER |
| vs. | |
| W. THOMAS BERRY, ET AL., | By: Samuel G. Wilson |
| | United States District Judge |
| Respondent. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this habeas corpus petition pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This ___ day of June, 2011.

_____
United States District Judge